Before STATE INDUSTRIAL BOARD, Respondent.   CHARLES MILLARD, Claimant, Respondent, v. MARY G. TOWNSEND, Appellant.— Motion denied, with ten dollars costs to State Industrial Board, upon the ground that section 602 of the Civil Practice Act does not apply to appeals in compensation cases.   Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent.   KATHERINE MEEHAN, Claimant, Respondent, v. DUTTON LUMBER COMPANY and Another, Appellants.— Motion denied, without costs.   Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent.   PAUL MADDERNS, Claimant, Respondent, v. FOX FILM CORPORATION and Another, Appellants.— Motion denied, without costs.   Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent.   CATHERINE MURPHY, Claimant, Respondent, v. BUSH TERMINAL COMPANY, Appellant.—Award unanimously affirmed, with costs in favor of the State Industrial Board.   Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent.   MARY MACKINTOSH, Claimant, Respondent, v. THE MIRIAM OSBORN MEMORIAL HOME and Another, Appellants.—Award unanimously affirmed, with costs in favor of the State Industrial Board.   Present — Cochrane, P. J., H. T. Kellogg, Hinman, Hasbrouck and McCann, JJ.

WILLIAM J. MCCARTHY, Appellant, v. TOWN OF JOHNSBURGH, Respondent, Impleaded with Others.— Judgment unanimously affirmed, with costs.   Present — Cochrane, P. J., Van Kirk, Hinman, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent.   ELIZABETH O'HARA, Claimant, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Quirk* v. *Erie Railroad Co.* (235 N. Y. 405). Cochrane, P. J., H. T. Kellogg, Hinman, Hasbrouck and McCann, JJ., concur.

CHARLOTTE OSBORN, Appellant, v. GEORGE HAMPELE and Others, Respondents. — Judgment unanimously affirmed, with costs to the respondents.   Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEWTOWN CREEK TOWING COMPANY, Relator, v. WALTER W. LAW and Others, Constituting the State Tax Commission, Respondents.— Motion granted.   Present — Cochrane, P. J., H. T. Kellogg, Hinman, Hasbrouck and McCann, JJ.

WILLIAM H. PLUMB and Another, Appellants, v. HENRY CRIMMINS, Respondent. — Judgment and order unanimously affirmed, with costs.   Present — Cochrane, P. J., H. T. Kellogg, Hinman, Hasbrouck and McCann, JJ.

PIONEER CREDIT CORPORATION, Appellant, v. RAY S. JEFFERS and Another, Respondents.— Judgment and order unanimously affirmed, with costs.   Present — Cochrane, P. J., Van Kirk, Hinman, Hasbrouck and McCann, JJ.

HELEN O. RICHMOND v. JOHN J. ALLEN, Sheriff.— Motion granted, with ten dollars costs.   Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.